UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-23439-GAYLES/REID

**AL-RABAT MOROCCO EMPRE
KINGDOM ISLAMIC SOVEREIGNTY
NATION 37-1880026 and XYZ
INDIGENOUS ABORIGINAL 28,000
B.C. NATIVES AMERICAN CITIZENS**,

    Plaintiffs,

v.

**U.S. SUPREME COURT NINE JUSTICES**,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Lisette M. Reid's Report of Magistrate Judge (the "Report") [ECF No. 3]. On August 19, 2020, Plaintiff Drelijah Muhammad-Ali filed this *pro se* pleading, appearing to raise a class action. [ECF No. 1]. That same day, the action was referred to Judge Reid, pursuant to Administrative Order 2019-2, for a ruling on all pretrial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. [ECF No. 2]. On August 26, 2020, Judge Reid issued her Report, recommending that the case be dismissed for lack of jurisdiction when construed as a petition brought under 28 U.S.C. § 2241 and dismissed as a three-striker pursuant to 28 U.S.C. § 1915(g) when construed as a complaint brought under 42 U.S.C. § 1983. [ECF No. 3]. Plaintiffs filed timely objections. [ECF No. 5].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which

objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a *de novo* review of the record, the Court agrees with Judge Reid's well-reasoned analysis and conclusion that the case should be dismissed. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Judge Reid's Report [ECF No. 3] shall be **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2) The case shall be **DISMISSED** for lack of jurisdiction when construed as a petition brought under 28 U.S.C. § 2241 and **DISMISSED** as a three-striker pursuant to 28 U.S.C. § 1915(g) when construed as a complaint brought under 42 U.S.C. § 1983; and

(3) The case shall be **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of September, 2020.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE